JENNIFER L. BROCKETT (State Bar No. 193433)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: jenniferbrockett@dwt.com

Jennifer K. Chung (WSBA #51583) (*pro hac vice pending*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: jenniferchung@dwt.com

Attorneys for Plaintiff Court of Master Sommeliers, Americas

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

COURT OF MASTER SOMMELIERS, AMERICAS, a California nonprofit mutual benefit corporation,

Plaintiff,

v.

DANIEL PILKEY, an individual,

Defendant.

Case No. 19-3620

**COMPLAINT**



DAVIS WRIGHT TREMAINE LLP

DAVIS WRIGHT TREMAINE LLP

Plaintiff Court of Master Sommeliers, Americas brings this action against Defendant Daniel Pilkey, alleging as follows:

**NATURE OF THE CASE**

1. The Court of Master Sommeliers, Americas ("CMS") is a nonprofit organization dedicated to setting the global standard of excellence for beverage service within the hospitality industry. CMS is recognized worldwide as setting the high bar by which fine wine and beverage service is measured.

2. CMS provides four levels of certification for sommeliers, culminating at the highest level with the "Master Sommelier" diploma and title, commonly abbreviated "MS." Candidates who pass CMS's rigorous examination requirements are certified by CMS to use the title "Master Sommelier," the initials "MS," and the Master Sommelier pin (collectively, the "Certification Marks") to signify their achievement of this significant milestone.

3. Since November 13, 2018, Daniel Pilkey has wrongfully used the Certification Marks to represent that he is a Master Sommelier without meeting CMS's certification requirements. CMS now seeks, in this lawsuit, to maintain the integrity of the Master Sommelier title and restrain Mr. Pilkey from his continued use of the Certification Marks.

**JURISDICTION AND VENUE**

4. This Court has jurisdiction over the claims asserted herein pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. § 1338(a) because the claims arise under acts of Congress relating to trademarks.

5. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) because Mr. Pilkey regularly and systematically conducts business within this District, through, among other things, his employment by a winery based in this District and his use of the Certification Marks to promote himself on social media websites directed at residents of this District; because confusion about Mr. Pilkey's use of the Certification Marks is likely to occur in this District, which hosts several of the world's premier wine regions and the center of the American wine industry; because a significant number of the Master Sommeliers whose certifications are diluted

DAVIS WRIGHT TREMAINE LLP

by Mr. Pilkey's wrongful conduct live or work in this District, or regularly visit this District for activities related to fine wine or hospitality services; and because Mr. Pilkey knew or should have known that his conduct, as alleged herein, would cause damage and irreparable harm to CMS in this District.

## THE PARTIES

6. Plaintiff Court of Master Sommeliers, Americas is a California nonprofit mutual benefit corporation with its principal place of business in Napa County, California. Pursuant to its Bylaws, CMS is governed by its Board of Directors, which is responsible for managing the activities and affairs of CMS and exercising all powers of CMS.

7. CMS is informed and believes that Defendant Daniel Pilkey is an Illinois resident who is employed by a winery based in Sonoma County, California.

## FACTUAL ALLEGATIONS

### Master Sommelier Diploma

8. CMS was established to encourage improved standards of beverage knowledge and service in hotels and restaurants. The "Master Sommelier" (or "MS") diploma represents the pinnacle of CMS's sommelier certification program and certifies that its bearer has met the highest standards of knowledge, service, and expertise for fine wine and beverage service in the hospitality industry.

9. To qualify to sit for the Master Sommelier Diploma Examination, a candidate must first pass three other sommelier certification levels administered by CMS. Candidates devote years of study and training to simply qualify for an invitation to take the Master Sommelier examination, and the pass rate for the MS exam is breathtakingly low—averaging around four percent in the Americas chapter and fewer than ten successful candidates per year, based on the last three years for which CMS has uncompromised data (2015 to 2017). Since CMS's inception, only 165 individuals in the Americas chapter have achieved this prestigious rank.

10. The Master Sommelier Diploma Examination is administered in three portions: theory, practical (service), and tasting. Candidates must achieve a 75% passing score on each

portion of the examination within a three-year period in order to certify as a Master Sommelier. Candidates can take a single portion or multiple portions of the examination in each sitting, and passing scores for individual portions of the exam are retained during the three-year period.

11. Candidates who have been awarded the Master Sommelier Diploma are qualified to become members of CMS. Under California Corporations Code § 7210 and CMS's Bylaws, the CMS Board of Directors is responsible for managing the membership of CMS, including administering the Master Sommelier Diploma Examination; approving eligible and qualified persons for CMS membership; and terminating or suspending CMS members.

12. As the organization bearing the privilege of certifying Master Sommeliers, CMS is the owner of the federal certification mark which signifies achievement of the Master Sommelier certification, and additional service marks, including:

| MARK | REGISTRATION NUMBER | REGISTRATION DATE |
|---|---|---|
| **MASTER SOMMELIER** | 4,473,561 | January 28, 2014 |
| MASTER SOMMELIER | 2,384,665 | September 12, 2000 |

13. CMS's federal registration for the Master Sommelier Mark explains, "[t]he certification mark, as used by persons authorized by the certifier, certifies that the services provided have been performed by individuals having completed the educational programs or courses, and passed an examination as determined by the certifier's objective metrics for sommelier pairings." A copy of CMS's federal registration for the Master Sommelier Mark is attached hereto as **Exhibit A**.

14. Additionally, the mark bearing a profile and the words "MASTER SOMMELIER" ("Master Sommelier Image Mark") appears on the Master Sommelier pin which

DAVIS WRIGHT TREMAINE LLP

is given to each Master Sommelier. A copy of CMS's federal registration for the Master Sommelier Image Mark is attached hereto as **Exhibit B**.

15. Further, the initials "MS" (or "M.S.") when used in the hospitality industry or in the context of fine wine and beverages are widely understood to signify that the bearer of the initials has passed the Master Sommelier certification process. For instance, in a 2012 interview with a Master Sommelier, Los Angeles Magazine repeatedly uses the initials "MS" to refer to the "Master Sommelier" certification.[1] Additionally, the San Francisco Chronicle has explained that candidates who pass the Master Sommelier examination "earn[] the right to add the coveted 'MS' suffix to their names."[2]

16. The difficulty, mastery, and prestige associated with the Master Sommelier title has been widely publicized in popular media, such as the 2013 documentary "SOMM" and the 2016 television series "Uncorked." For instance, the Internet Movie Database provides the following summary for "SOMM": "Four sommeliers attempt to pass the prestigious Master Sommelier exam, a test with one of the lowest pass rates in the world."[3] And Amazon.com provides the following summary for "Uncorked": "Witness the journey to attain the wine world's highest honor by following six wine experts who will do whatever it takes to pass the world's toughest test and win the coveted title of Master Sommelier."[4]

17. CMS takes seriously its role as the certification body for Master Sommeliers, and it is fundamental to CMS's mission that the reputation of the Master Sommelier title be protected.

**September 2018 Master Sommelier Diploma Examination**

18. On or about September 3-5, 2018, CMS offered the practical (service) and tasting portions of the Master Sommelier Diploma Examination. Over 100 candidates took one or both portions of the exam.

---

[1] Caroline Pardilla, *Spago's Christopher Miller on Being a Master Sommeleir*, L.A. Magazine (Nov. 8, 2012), https://www.lamag.com/digestblog/spagos-christopher-miller-on-being-a-master-sommelier/.

[2] Esther Mobley, *Somm scandal: Revelations of cheating at master sommelier examination lead to the invalidation of 23 new certificates*, S.F. Chronicle (Oct. 9, 2018), https://www.sfchronicle.com/wine/article/Somm-scandal-Revelations-of-cheating-at-master-13294233.php.

[3] Somm (2012), https://www.imdb.com/title/tt2204371/ (last visited June 14, 2019).

[4] Uncorked (2015), https://www.amazon.com/Uncorked-Season-1/dp/B0176NWM5E (last visited June 14, 2019).

19. At the conclusion of the exam, CMS announced that a record number of candidates had passed the Master Sommelier examination based on their September 2018 results. The 24 candidates who passed were each inducted into CMS and given a Master Sommelier pin.

20. Mr. Pilkey was one of the 24 candidates who passed the September 2018 Master Sommelier examination. On or about September 5, 2018, he was inducted into the membership of CMS and given a Master Sommelier pin.

21. After the examination and induction ceremony, CMS learned that a CMS member improperly disclosed confidential information about the tasting portion of the September 2018 Master Sommelier examination to an unknown number of candidates, thereby compromising the exam results. CMS conducted an investigation of the improper disclosure. Based on the results of that investigation, the CMS Board of Directors made the difficult decision to invalidate the tasting portion of the September 2018 examination in order to preserve the integrity of the Master Sommelier title and CMS's examination process.

22. Due to the invalidation of the September 2018 tasting portion, 23 of the 24 candidates who were inducted in September 2018 no longer met the certification requirements for Master Sommelier. (The 24th candidate had passed the tasting portion at an earlier sitting of the exam.)

23. Mr. Pilkey was one of the 23 candidates who no longer met the certification requirements, following the invalidation of the September 2018 tasting portion of the Master Sommelier examination.

24. On or about October 12, 2018, CMS sent, through outside counsel, a letter to Mr. Pilkey and all other affected candidates informing them of CMS's decision to invalidate the September 2018 tasting portion. CMS explained that the invalidation would affect their status as Master Sommeliers and their membership in CMS. CMS explained that it proposed to suspend the affected candidates' membership effective November 13, 2018, and that reinstatement would be conditioned on the candidate's successful passage of an uncompromised tasting portion of the Master Sommelier examination at one of three sittings in 2018 or 2019. CMS further explained that, pursuant to CMS's Bylaws and procedural requirements under California corporate law, the



DAVIS WRIGHT TREMAINE LLP

affected candidates would have an opportunity to be heard by the CMS Board of Directors on November 4 or November 5, prior to the Board's final decision on the suspension.

25. In its October 12, 2018 letter, CMS made clear that "[o]nce the suspension of your membership is effective on November 13, your status within the Court will revert to Master candidate. You will not be able to use the Master Sommelier title, to which the Court owns all rights, or wear the Master Sommelier pin while you are a Master candidate." A copy of the October 12, 2018 letter which CMS sent to Mr. Pilkey is attached hereto as **Exhibit C**.

26. On or about October 23, 2018, CMS sent, through outside counsel, another letter to Mr. Pilkey and the other affected candidates reminding them that they were invited to be heard before the CMS Board of Directors, and setting out the conditions of that hearing. A copy of the October 23, 2018 letter which CMS sent to Mr. Pilkey is attached hereto as **Exhibit D**.

27. At the CMS board hearing, Mr. Pilkey was determined to no longer meet the requirements for Master Sommelier. On or about November 13, 2018, CMS suspended Mr. Pilkey's membership and revoked Mr. Pilkey's right to use the Certification Marks.

**Mr. Pilkey's Wrongful Use of the Certification Marks**

28. CMS allowed Mr. Pilkey, along with nearly all of the other candidates affected by the compromise of the September 2018 exam, to choose one opportunity to retake the tasting portion of the Master Sommelier in December 2018, April 2019, or September 2019. Mr. Pilkey chose to retake the tasting portion in December 2018, but he did not pass. He has not passed the tasting portion of the Master Sommelier examination since his suspension. Accordingly, Mr. Pilkey has not met the requirements to be certified as a Master Sommelier and to be reinstated as a member of CMS, and CMS has not authorized him to use the Certification Marks.

29. Nonetheless, Mr. Pilkey continues to use the Certification Marks to wrongfully represent that he has met the Master Sommelier requirements on his social media accounts.



DAVIS WRIGHT TREMAINE LLP

30. For instance, Mr. Pilkey uses the title "Master Sommelier" on his professional LinkedIn profile at https://www.linkedin.com/in/dan-pilkey-87322617, as shown in the screen capture below:



31. Additionally, Mr. Pilkey identifies himself as "Dan Pilkey, MS" on his Twitter account at https://twitter.com/dpilkey?lang=en, as shown in the screen capture below:



32. Further, Mr. Pilkey identifies himself as "Dan Pilkey, MS" on his Instagram account at https://www.instagram.com/chi_town_somm/, as shown in the screen capture below:




33. Mr. Pilkey uses his social media accounts to discuss and promote fine wines and other beverages, and to discuss the hospitality industry. Further, Mr. Pilkey openly states his affiliation with the hospitality and wine industries and his status as a wine professional, making clear that his use of "MS" is intended to refer to the "Master Sommelier" certification.

34. This link is further reinforced through social media interactions between Mr. Pilkey and other users. For instance, on March 4, 2019, twitter user @EmlynDThomas posted a tweet linking to Mr. Pilkey's twitter account which said: "Amazing opportunity to watch a true master at work as @dpilkey demonstrated the finer points of table-side service required for The Court of Master Sommeliers service practical at the Second City Sommeliers Bootcamp 2019."[5]

35. Around the same time, LinkedIn user "Emlyn D. Thomas, FMP, CFBE" wrote a post on LinkedIn linking to Mr. Pilkey's LinkedIn account which said: "Amazing opportunity to watch a true master at work as Dan Pilkey demonstrated the finer points of table-side service

[5] Emlyn D. Thomas (@EmlynDThomas), Twitter (Mar. 4, 2019, 4:58 AM), https://twitter.com/EmlynDThomas/status/1102553792522919936.

required for The Court of Master Sommeliers service practical at the Second City Sommeliers Bootcamp 2019."[6]

36. CMS is informed and believes that Mr. Pilkey still possesses a Master Sommelier pin bearing the Master Sommelier Image Mark.

37. On March 6, 2019, the Chair of CMS spoke with Mr. Pilkey and requested that Mr. Pilkey discontinue use of the Master Sommelier title or the "MS" initials on his social media accounts. Mr. Pilkey refused to discontinue his use of the Certification Marks.

38. On March 20, 2019, CMS, through counsel, sent a letter to Mr. Pilkey demanding that he immediately cease and desist all unauthorized use of CMS's registered marks. Nonetheless, Mr. Pilkey continues to use the Certification Marks without CMS's authorization.

**FIRST CLAIM FOR RELIEF**

**(Trademark Infringement)**

39. CMS realleges and incorporates by reference the allegations of paragraphs 1 through 38, inclusive.

40. Continuously since 1987, CMS has used the Certification Marks in interstate commerce in connection with the certification for Master Sommelier, including the Master Sommelier Mark, the Master Sommelier Image Mark, and the initials "MS."

41. CMS has expended, and continues to expend, a significant amount of time and money to develop, administer, and promote the Master Sommelier certification program through its distinctive marks. As a result, the Certification Marks have been and are recognized by the public as certifying that the individual bearing the Certification Marks is among the most qualified in the hospitality industry, with outstanding tasting and evaluation skills, wine knowledge, and outstanding abilities in service and beverage department management.

42. In order to uphold the reputation and standards signified by the "Master Sommelier" title and the Certification Marks, CMS made the difficult decision to invalidate the

[6] Emlyn D. Thomas, LinkedIn, https://www.linkedin.com/feed/update/urn:li:activity:6508319419087802369 (last visited June 14, 2019).



DAVIS WRIGHT TREMAINE LLP

September 2018 tasting portion of the Master Sommelier Diploma Examination when CMS learned that the test had been compromised.

43. Due to the invalidation of the September 2018 tasting portion, Mr. Pilkey no longer met the requirements for Master Sommelier certification. His membership in CMS was suspended effective November 13, 2018 after he was provided notice and an opportunity for a hearing before CMS, and his right to use the Certification Marks was revoked.

44. Despite retaking the tasting portion of the Master Sommelier examination in December 2018, Mr. Pilkey has not passed the tasting portion since his suspension. Therefore, Mr. Pilkey has not established that he satisfies the certification requirements for Master Sommelier. Nor has Mr. Pilkey been reinstated as a member of CMS.

45. CMS is informed and believes that since November 13, 2018, Mr. Pilkey continues to use the Certification Marks on his social media accounts without meeting the requirements for Master Sommelier certification and without CMS's authorization.

46. Through Mr. Pilkey's aforesaid use of the Certification Marks, Mr. Pilkey has unlawfully misappropriated and infringed upon CMS's marks in violation of the Lanham Trademark Act, 15 U.S.C. § 1051 *et seq*.

47. As a direct and proximate result of Mr. Pilkey's conduct, CMS has suffered, and will continue to suffer, severe, immediate, and irreparable injury to its business, goodwill, and reputation. Unless such acts are restrained by this Court, they will be continued, and CMS will continue to suffer great and irreparable injury.

48. CMS has no adequate remedy at law.

49. This is an exceptional case and CMS is therefore entitled to recover reasonable attorneys' fees pursuant to 15 U.S.C. § 1117.

**PRAYER FOR RELIEF**

WHEREFORE, CMS prays for judgment as follows:

1. For a preliminary and permanent injunction, enjoying and restraining Mr. Pilkey and all persons acting in concert with him from misappropriating and infringing upon the Certification Marks;

2. For reasonable attorneys' fees and costs under 15 U.S.C. § 1117;

3. For the costs of suit herein; and

4. For such other and further relief as the Court deems just and proper.

DATED: June 21, 2019

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/Jennifer L. Brockett*
Jennifer L. Brockett

Jennifer L. Brockett (State Bar No. 193433)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: jenniferbrockett@dwt.com

Jennifer K. Chung (WSBA #51583)
(*pro hac vice pending*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: jenniferchung@dwt.com

Attorneys for Plaintiff Court of Master Sommeliers, Americas