# EXHIBIT A



# United States of America
## United States Patent and Trademark Office

# MASTER SOMMELIER

**Reg. No. 4,473,561**  
**Registered Jan. 28, 2014**  
**CERTIFICATION MARK**  
**PRINCIPAL REGISTER**

COURT OF MASTER SOMMELIERS, AMERICAS (CALIFORNIA NON-PROFIT MUTUAL BENEFIT CORPORATION)
PO BOX 6170, 4306 KINGSFORD DRIVE
NAPA, CA 945581855

FOR: SOMMELIER SERVICES, NAMELY, PROVIDING ADVICE ON WINE AND WINE AND FOOD PAIRING, IN CLASS B (U.S. CL. B).

FIRST USE 3-0-1987; IN COMMERCE 3-0-1987.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,384,665 AND 2,384,781.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SOMMELIER", APART FROM THE MARK AS SHOWN.

THE CERTIFICATION MARK, AS USED BY PERSONS AUTHORIZED BY THE CERTIFIER, CERTIFIES THAT THE SERVICES PROVIDED HAVE BEEN PERFORMED BY INDIVIDUALS HAVING COMPLETED THE EDUCATIONAL PROGRAMS OR COURSES, AND PASSED AN EXAMINATION AS DETERMINED BY THE CERTIFIER'S OBJECTIVE METRICS FOR SOMMELIER PAIRINGS.

SEC. 2(F).

SER. NO. 85-773,147, FILED 11-6-2012.

BERNICE MIDDLETON, EXAMINING ATTORNEY



*Deputy Director of the United States Patent and Trademark Office*

<div style="border:1px solid black; padding:8px; text-align:center;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

>   *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

>   *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
>   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

>   You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black; padding:8px; text-align:center;">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.