# EXHIBIT B

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,384,665

Registered Sep. 12, 2000

## SERVICE MARK
### PRINCIPAL REGISTER



COURT OF MASTER SOMMELIERS, AMERICAN CHAPTER (CALIFORNIA NONPROFIT MUTUAL BENEFIT CORPORATION)
1200 JEFFERSON STREET
NAPA, CA 94559

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING LECTURE AND DEMONSTRATION COURSES IN THE FIELDS OF WINE AND EVALUATION, SELECTION, AND SERVICE OF WINE, DISTILLED SPIRITS, LIQUERS, AND CIGARS BY WINE STEWARDS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12–31–1987; IN COMMERCE 12–31–1987.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MASTER SOMMELIER", APART FROM THE MARK AS SHOWN.

SER. NO. 75–539,841, FILED 8–20–1998.

BARBARA RUTLAND, EXAMINING ATTORNEY