# EXHIBIT C



Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045

**David A. Lawson**
(206) 757-8254 tel
(206) 757-7254 fax

davidalawson@dwt.com

October 12, 2018

Daniel Pilkey
1238 W Argyle #3
Chicago, IL 60640

Re:     Your Membership in Court of Master Sommeliers, Americas

Dear Mr. Pilkey:

We are outside legal counsel for Court of Master Sommeliers, Americas (the "Court").  We have been advising the Court's Board of Directors (the "Board") in connection with the compromise of the tasting portion of the September 2018 Master Sommelier Diploma examination.  As you know, the Board unanimously voted to invalidate the results of the compromised tasting portion to preserve the integrity of the Master Sommelier title and the Court's examination process.

Because you became a Master Sommelier as a result of passing the compromised tasting portion, the invalidation of the tasting portion will affect your status as a Master Sommelier and your membership in the Court. This letter sets out the process through which the Court, pursuant to its Bylaws, proposes to suspend your membership, effective **November 13, 2018**.  This action, which the Board takes with great reluctance and regret, results solely from the unethical conduct of the Master Sommelier who improperly shared confidential information before the exam.  The suspension of membership is in no way intended to reflect on your preparation for the examination or your conduct during your time as a Master Sommelier.

As set out in earlier communications from the Court, the Board has committed the Court to refund the examination fee for the September 2018 tasting portion and provide you with the opportunity to retake the tasting portion without an examination fee on one of three occasions in 2018 or 2019.  The Board is determining the exact timing, locations, and logistical details of the retake opportunities, and the Court will share details with you once they are known.

The Court will reinstate your membership upon passage of the tasting portion at the retake, or at a subsequent sitting within your reset window.  For purposes of calculating your reset window, the retake will substitute for the 2018 testing portion, whether you take the retake in 2018 or 2019.  The Court will extend your reset window only if without such extension you would not have three chances to pass the tasting portion of the exam before reset occurs.  If you do not pass the tasting portion within your reset window, then the Court will be required to terminate your

4852-6091-9928v.4 0090047-000004

Anchorage       New York        Seattle
Bellevue        Portland        Shanghai
Los Angeles     San Francisco   Washington, D.C.

www.dwt.com

October 12, 2018
Page 2

membership, but you would remain eligible to sit for future Master examinations and to become a member of the Court again if you pass.

Once the suspension of your membership is effective on November 13, your status within the Court will revert to Master candidate. You will not be able to use the Master Sommelier title, to which the Court owns all rights, or wear the Master Sommelier pin while you are a Master candidate.

Section 2.11 of the Court's Bylaws provides any Master Sommelier facing suspension of membership with certain procedural rights. It is the Board's intent to honor fully these due process requirements and provide a meaningful opportunity to be heard before the suspension of your membership is finalized. We have advised the Board with respect to this process.

If you wish, you have the right to have an in-person hearing, or to submit a written statement to the Board. Neither submission of a statement nor an in-person hearing is required.

If you wish to submit a written statement, the statement is due by 6:00 p.m. Pacific Daylight Time on **Saturday, November 3, 2018**, by email or first-class mail to Kathleen Lewis. The Board will review and consider your statement at its regularly scheduled meeting on November 4 and 5.

Please notify Kathleen Lewis as soon as possible if you wish to have an in-person hearing. If you choose to have an in-person hearing, that hearing will take place during the Board's regularly scheduled meeting on **Sunday, November 4, 2018 or Monday November 5, 2018**, at a time to be determined. You may appear in person or participate by telephone. The Board meeting will take place at the Standard Hotel in downtown Los Angeles, located at 550 South Flower, Los Angeles, California 90071. You have the right to call upon any witness that has pertinent evidence. If you intend to call witnesses at your hearing, the Bylaws require you to notify Kathleen Lewis in writing of the name of every witness you intend to call by 6:00 p.m. Pacific Daylight Time on **Saturday, October 20, 2018**.

The Board is required under California law and the Bylaws to provide you with reasonable due process; to consider the information you provide in any in-person hearing or written statement in a fair and reasonable manner; and, once it has done so, to act in what it believes in good faith to be in the best interest of the Court and its mission.

If you have any questions about the process described in this letter, or your rights under the Court's Bylaws, please do not hesitate to contact Kathleen Lewis.

Again, the Board takes this action, with the greatest sorrow, because it believes there can be no asterisks or uncertainty with respect to the credentials of any Master Sommelier. It is absolutely

4852-6091-9928v.4 0090047-000004

October 12, 2018
Page 3

vital to the Court and to every Master Sommelier that the Master Sommelier pin is beyond suspicion or reproach. Every single member of the Board looks forward to the opportunity to reinstate your membership and toast your success as a Master Sommelier.

Sincerely,

Davis Wright Tremaine LLP

David A. Lawson


cc:    Devon Broglie
        Chair, Court of Master Sommeliers, Americas