# EXHIBIT D



Suite 2400
865 South Figueroa Street
Los Angeles, CA  90017-2566

**Jennifer L. Brockett**
213.633.6860 tel
213.633.6899 fax

jenniferbrockett@dwt.com

October 23, 2018

**Via Electronic Mail/U.S. Mail**

Daniel Pilkey
1238 W Argyle #3
Chicago, IL 60640

Re:   Court of Master Sommeliers, Americas

Dear Mr. Pilkey:

We are writing to follow up on our letter of October 12, 2018 regarding your membership in the Court of Master Sommeliers, Americas (the "Court").

As explained in that letter, the Court's Board of Directors (the "Board") has unanimously voted to invalidate the results of the tasting portion of the September 2018 Master Sommelier Diploma examination.  Because the invalidation of the September 2018 tasting portion of the Examination causes you not to meet the qualification requirements to be a Master Sommelier, the Board also has proposed to suspend your membership, effective November 13, 2018.

As the Court's Bylaws prescribe, our letter invited you to be heard prior to a final decision regarding your membership, either in writing, in person, or telephonically during the Board's regularly scheduled meeting on Sunday, November 4 and Monday, November 5, 2018.  The Board also intends to arrange for the ability to appear by videoconference, and will provide further details regarding the videoconferencing service to any who are interested.

As a reminder, if you wish to be heard orally (in person, via telephone, or via videoconference), you <u>must inform Kathleen Lewis in writing by 6:00 p.m. (Pacific) on Friday, October 26, 2018</u>.
If you wish to submit a written statement, it must be <u>received</u> by Ms. Lewis by no later than <u>6:00 p.m. Pacific on Saturday, November 3, 2018.</u>

Some of you have already invoked your right to be heard; some of you are still deciding whether to request a hearing.  We are writing to provide you with more information about the process, to assist in helping you decide whether to appear and, if you have decided to appear, to assist with your preparations.

First, you should be aware, this is <u>not</u> a court proceeding.  There will be no court reporter or transcript made of the proceedings.  The Board is not determining your "innocence" or "guilt."  This is a Board meeting, and simply your opportunity to be heard by the Board.
The Board will be considering whether you meet the qualifications of Master Sommelier in light of the invalidation of the September 2018 tasting portion of the Examination, and to make a determination that it believes in good faith to be in the best interests of the Court and its mission.

Anchorage  New York  Seattle
Bellevue   Portland  Shanghai
Los Angeles  San Francisco  Washington, D.C.

www.dwt.com

Mr. Pilkey
October 23, 2018
Page 2

As previously stated, the suspension of your membership is in no way intended to reflect on your preparation for the examination or your conduct during your time as Master Sommelier.

Process:  We will begin with a statement by the Chairman of the Board, explaining the reasoning behind the proposed suspension and the process to follow.   Following the statement, each person who has requested an opportunity to be heard will be called in separately to be heard on the matter.

Timing: The Board has allocated 2.5 hours for this process, to be held on Sunday, November 4, 2018.   At this point, that will provide each person who has requested an opportunity to be heard at least 25 minutes.  If additional individuals ask to be heard, the Board may add additional time.   The Board is committed to allowing each person at least twenty minutes, no matter how many people ask to be heard.  Once the Board knows exactly how many people have asked to be heard, we will prepare and circulate a schedule to each person who has requested a hearing so that each person is aware of his or her anticipated time.

Witnesses:  As previously explained, the bylaws allow a member the "opportunity to call upon any person(s) whose evidence may be pertinent," provided that notice is given at least 15 days prior to the meeting.  The time to identify such persons passed on October 20.  If you identified any person(s) that you wish to call by October 20, you may call them during your assigned time.   In addition, please be advised that the Court and the Board are not responsible for ensuring the attendance or compliance of any person.  We cannot force any person to appear or respond to questions.  You are responsible for arranging for the attendance and cooperation of any person(s) that you call.  You must be respectful at all times; we will not allow anyone to be bullied or harassed.

Location:  The Board Meeting will be held at the Downtown Los Angeles Standard Hotel, 550 South Flower, Los Angeles, CA  90071.

Again, the Board has proposed the suspension of your membership with greatest sorrow, and deeply regrets the necessity of invalidating the September 2018 tasting examination.   However, there can be no asterisks or uncertainty with respect to the credentials of any Master Sommelier.   It is vital to the Court and to every Master Sommelier that the Master Sommelier pin is beyond suspicion or reproach.   Every single member of the Board looks forward to the opportunity to reinstate your membership and toast your success as a Master Sommelier upon successful completion of your qualifications for membership.

                         Very truly yours,

                         Davis Wright Tremaine LLP

                         Jennifer L. Brockett