JENNIFER L. BROCKETT (State Bar No. 193433)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:    (213) 633-6800
Facsimile:    (213) 633-6899
Email: jenniferbrockett@dwt.com

Jennifer K. Chung (WSBA #51583) (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington  98104-1610
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700
Email: jenniferchung@dwt.com

Attorneys for Plaintiff Court of Master Sommeliers, Americas

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURT OF MASTER SOMMELIERS, AMERICAS, a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL PILKEY, an individual,<br><br>Defendant. | Case No. 3:19-cv-03620-SK<br><br>**STATEMENT OF NON-OPPOSITION TO ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>The Honorable Sallie Kim |

Plaintiff Court of Master Sommeliers, Americas ("CMS") does not oppose Defendant Daniel Pilkey's ("Pilkey") Administrative Motion to Change Deadline for Filing to extend his answer deadline to October 3, 2019. *See* Dkt. #18. CMS requests that if the Court grants Pilkey's request to participate in the Initial Case Management Conference by telephone that the Court also reconsider its order denying CMS's request for telephonic appearance and allow CMS to appear by telephone as well, to ensure the parties are on equal footing. *See* Dkt. #16, 17.

DATED: September 13, 2019

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/Jennifer L. Brockett*
  Jennifer L. Brockett

Jennifer L. Brockett (State Bar No. 193433)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:   (213) 633-6800
Facsimile:   (213) 633-6899
Email:   jenniferbrockett@dwt.com

Jennifer K. Chung (WSBA #51583)
  (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington  98104-1610
Telephone:   (206) 622-3150
Facsimile:   (206) 757-7700
Email:   jenniferchung@dwt.com

Attorneys for Plaintiff Court of Master Sommeliers, Americas