UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURT OF MASTER SOMMELIERS, AMERICAS, a California nonprofit mutual benefit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL PILKEY, an individual<br><br>    Defendant. | Case No. 19-cv-03620-SK |

**AFFIDAVIT OF DANIEL PILKEY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P 12(b)(3)**

The undersigned, Daniel Pilkey, deposes and states as follows:

1. I am over the age of twenty-one years of age and the Defendant in this matter. I am fully competent to testify to the facts set forth in this Affidavit.

2. I am citizen of the State of Illinois. I have resided in Chicago, Illinois since 2009. I am married and my wife resides with me in Chicago.

3. I am the Midwest Regional Sales Manager for the Paul Hobbs Wines Company. My sales territory includes Kansas, Nebraska, Iowa, Minnesota, Wisconsin, Illinois, South Dakota, and Missouri. At no time have I made any sales in California nor do I manage any employees in California. I also have never produced, directed, or distributed any marketing materials in California or for use in California.

4. The Master Sommelier test that is a subject of this litigation was conducted at St. Louis, Missouri. I prepared for that test for the past nine years in Illinois.

5. As a citizen of Illinois and a resident of Chicago, it would be very difficult for me to defend myself in this case in California. The costs of travel from Chicago to San Francisco

would be onerous. I work full-time in the midwest regions I have identified and, if this case proceeds in San Francisco, I would be compelled to take time off from work to travel to San Francisco from Chicago – which cannot be accomplished in a single day. The costs of missed works, airfare, hotel costs etc would be prohibitive.

6. As a result, I submit that maintaining this litigation in San Francisco imposes a severe hardship on this Defendant.

***Further Affiant Sayeth Naught.***

## VERIFICATION

Pursuant to 28 USC § 1746, the undersigned certifies under penalty of perjury that the foregoing is true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated: October 7, 2019

_____
Daniel Pilkey