UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURT OF MASTER SOMMELIERS, AMERICAS, a California nonprofit mutual benefit corporation,<br><br>        Plaintiff,<br><br>v.<br><br>DANIEL PILKEY, an individual<br><br>        Defendant. | Case No. 19-cv-03620-SK |

**SUPPLEMENTAL AFFIDAVIT OF DANIEL PILKEY**

The undersigned, Daniel Pilkey, deposes and states as follows:

1. I am over the age of twenty-one years of age and the Defendant in this matter. I am fully competent to testify to the facts set forth in this Affidavit.

2. As I attested previously in this litigation, I am citizen of the State of Illinois. I have resided in Chicago, Illinois since 2009. I am married and my wife resides with me in Chicago.

3. Since my hiring in April 2018, I have served as the Midwest Regional Sales Manager for the Paul Hobbs Wines Company. My sales territory includes Kansas, Nebraska, Iowa, Minnesota, Wisconsin, Illinois, South Dakota, and Missouri. As I attested previously, at no time have I made any sales in California nor do I manage any employees in California. I also have never produced, directed, or distributed any marketing materials in California or for use in California.

4. Prior to my work as Midwest Regional Sales Manager, I worked in Chicago for certain hotels in the wine and beverage departments.

1

5. Contrary to the Plaintiff's assertions, I do not "regularly and systematically" conduct business in California in [my] capacity as a wine professional." In fact, I have only made three trips to the Paul Hobbs Winery in Sonoma, California: in April 2018, I travelled to the winery for orientation purposes; in August 2018, I attended a training seminar at the winery; and in October 2019, I was invited to the winery to participate in the annual harvest.

6. My only other trips to California have been wholly unrelated to my work as Midwest Regional Sales Manager: in June 2019, I served as Best Man for my friend's wedding in Pasadena, California; in September 2019, I was asked to serve as a wine judge in San Diego for an organization called the Sommelier Challenge; and a few days ago, my wife and I took a short trip to visit our niece and nephew in northern California for Halloween.

7. At no time in my career have I "regularly and systematically" conducted any business in California.

*Further Affiant Sayeth Naught.*

## VERIFICATION

Pursuant to 28 USC § 1746, the undersigned certifies under penalty of perjury that the foregoing is true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated: November 5, 2019

_____
Daniel Pilkey